COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     *Jefferson County, Texas v. Ellarene Farris, Individually and as
Personal Representative of the Heirs and Estate of James Farris*

Appellate case number:   01-17-00493-CV

Trial court case number:  2005-09580

Trial court:             11th District Court of Harris County

On February 12, 2018, appellant Jefferson County filed a motion for leave to file a supplemental brief raising a new jurisdictional issue. In particular, Jefferson County contends that Farris failed to comply with the notice provision of the Texas Tort Claims Act. *See* TEX. CIV. PRAC. & REM. CODE § 101.101. The County argues that failure to provide this notice deprived the trial court of subject-matter jurisdiction. The County apparently has not raised this argument previously, either in the trial court or on appeal.

"Subject-matter jurisdiction cannot be created by waiver, and parties may raise challenges to subject-matter jurisdiction for the first time on appeal." *Clint Indep. Sch. Dist. v. Marquez*, 487 S.W.3d 538, 558 (Tex. 2016). Accordingly, we **grant** Jefferson County's motion for leave to file its supplemental brief.

The court requests a response to the County's supplemental brief of February 12, 2018, which is **due** no later than April 2, 2018.

It is so **ORDERED**.

Judge's signature: /s/ Michael Massengale
                        ☐ Acting individually     ☑ Acting for the Court

Panel consists of Justices Jennings, Massengale, and Caughey.

Date:  March 1, 2018